**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000163**
**26-APR-2024**
**07:53 AM**
**Dkt. 81 ODMR**

NO. CAAP-19-0000163


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


THE BANK OF NEW YORK MELLON TRUST CO., N.A.,
F/K/A/ THE BANK OF NEW YORK TRUST CO., N.A.,
AS TRUSTEE FOR MULTI-CLASS MORTGAGE PASS-THROUGH
CERTIFICATES CHASE FLEX TRUST SERIES 2007-1,
Plaintiff-Appellee, v. HENRY WILSON TOROMORENO, JR.;
ROSE MARY MENDONCA; JACQUELINE WALL DENISON,
Defendants-Appellees; LELAND H.Y. LOUIE, Trustee
of the Leland H.Y. Louie Revocable Trust dated
December 17, 1994; ROSA Y. LOUIE, Trustee of the
Rosa Y. Louie Revocable Trust dated December 17, 1994,
Defendants-Appellants; ASSOCIATION OF APARTMENT
OWNERS OF PALMS AT WAIKIKI; John and Mary Does 1-20;
Doe Partnerships, Corporations or Other Entities 1-20,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC161002272)


ORDER
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon review of "Defendants/Appellants' **Supplemental Brief** to the Order Dated March 20, 2024dated [sic] March 20, 2024," filed by Leland H.Y. Louie and Rosa Y. Louie on April 19, 2024, which the court construes as a motion for reconsideration of the Order Dismissing Appeal entered on March 20, 2024, and the record, it appears that a motion for reconsideration of the Order Dismissing Appeal was due on Monday, April 1, 2024, under Hawaiʻi

Rules of Appellate Procedure Rule 40(a).  Therefore, IT IS HEREBY ORDERED that the Supplemental Brief is dismissed.

DATED: Honolulu, Hawaiʻi, April 26, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge